# EXHIBIT 3

Nos. 19-4074/4075

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jan 20, 2021
DEBORAH S. HUNT, Clerk

IN RE: DEPUY ORTHOPAEDICS, INC. ASR HIP IMPLANT
PRODUCTS LIABILITY LITIGATION.
)
)
)
<u>19-4074</u>
)
)
ANDREA K. DRAKE; WILLIAM S. DRAKE,    ) O R D E R
)
    Plaintiffs-Appellees,
)
v.
)
DEPUY ORTHOPAEDICS, INC., et. al.,
)
    Defendants,
)
STEVEN M. JOHNSON, D/B/A THE JOHNSON LAW FIRM,
)
    Petitioner-Appellant.
)
<u>19-4075</u>
)
STEVEN M. JOHNSON,
)
    Petitioner-Appellant,
v.
)
WILLIAM S. DRAKE,
)
    Respondent-Appellee.
)

**BEFORE:** GUY, CLAY, and KETHLEDGE, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered

upon the original submission and decision of the cases. The petition then was circulated to the full court.[*] No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied. Judge Clay would grant rehearing for the reasons stated in his dissent.

                                  **ENTERED BY ORDER OF THE COURT**

                                  **Deborah S. Hunt, Clerk**

---

[*] Judges Sutton, White, and Bush recused themselves from participation in this ruling.

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 20, 2021

Mr. Derek Irwin Stewart
Meshbesher & Spence
1616 Park Avenue
Minneapolis, MN 55404

> Re: Case No. 19-4074/19-4075, *Andrea Drake, et al v. DePuy Orthopaedics, Inc., et al*
> Originating Case No.: 1:13-dp-20140

Dear Mr. Stewart,

   The Court issued the enclosed Order today in these cases.

>  Sincerely yours,
>
>  s/Beverly L. Harris
>  En Banc Coordinator
>  Direct Dial No. 513-564-7077

cc:  Mr. Robert Dolan Akers
   Ms. Marla Broaddus
   Mr. Andrew L. Davick
   Mr. Michael Truesdale

Enclosure