# EXHIBIT 4

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 01, 2021

Ms. Sandy Opacich
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

          Re:  Case No. 19-4074/19-4075, *Andrea Drake, et al v. DePuy Orthopaedics, Inc., et al*
               Originating Case No. : 1:13-dp-20140

Dear Ms. Opacich,

  Enclosed is a copy of the mandate filed in this case.

                                               Sincerely yours,

                                               s/Zachary Love
                                               For Jill Colyer
                                               Case Manager

cc:  Robert Dolan Akers
      Marla Broaddus
     Mr. Andrew L. Davick
     Mr. Derek Irwin Stewart
      Michael Truesdale

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-4074/19-4075

_____

Filed: February 01, 2021

ANDREA K. DRAKE; WILLIAM S. DRAKE

    Plaintiffs - Appellees

v.

STEVEN M. JOHNSON, doing business as The Johnson Law Firm

    Appellant

and

DEPUY ORTHOPAEDICS, INC.; DEPUY, INC.; DEPUY INTERNATIONAL LTD.; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICE, INC.; JOHNSON & JOHNSON INTERNATIONAL

    Defendants

## MANDATE

   Pursuant to the court's disposition that was filed 12/15/2020 the mandate for this case hereby issues today.

COSTS: None