UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Steven M. Johnson,                                                Case No. 1:17-dp-20085

       Plaintiff,

v.                                                                JUDGMENT ENTRY

William Scott Drake,

       Defendant.

For the reasons stated in the Order filed on April 15, 2024, I hereby order that the arbitration order is confirmed and enter judgment in favor of the Plaintiff.

So Ordered.

                                          s/ Jeffrey J. Helmick
                                          United States District Judge